**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KHUSHI, LLC,
Plaintiff,

v. CASE NO. 4:25-CV-942-NCC

WESCO INSURANCE COMPANY,
Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff, KHUSHI LLC, by and through undersigned counsel, and hereby gives notice to the Court that the above-styled action has been settled by and between the parties, subject only to the completion and execution of settlement documents and/or performance of settlement terms.

The parties respectfully request that the Court remove this matter from the trial calendar and from any pending hearings, conferences, or deadlines. The parties further request that the Court retain jurisdiction to enforce the terms of the settlement, if necessary.

Dated this 9th day of July, 2026.

Respectfully submitted,

*/s/ Anthony Pastor, Esq.*

Anthony Pastor, #1049696FL
National Insurance Advocates, LLP
6619 S Dixie Hwy. #363
Miami, FL 33143
Telephone: 833-701-4110
Email: anthony@nia.law

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2026, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, which sent a notice of electronic filing to all counsel of record, including:

Christopher M. Harper
FRANKE SCHULTZ AND MULLEN PC - Kansas City
8900 Ward Parkway
Kansas City, MO 64114
816-421-7100
Fax: 816-421-7915
Email: Christopher.Harper@fmglaw.com

Bradley J. Sylwester
FRANKE SCHULTZ AND MULLEN PC - Clayton
231 S. Bemiston Avenue
Suite 1200
Clayton, MO 63105
314-455-8300
Fax: 314-455-8301
Email: Brad.Sylwester@fmglaw.com

*/s/ Anthony Pastor, Esq.*
Anthony Pastor