**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KHUSHI, LLC,
Plaintiff,

v. CASE NO. 4:25-CV-942-NCC

WESCO INSURANCE COMPANY,
Defendant.
_______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned case, by and through the undersigned counsel, hereby dismisses this case with prejudice. Defendant consents to this dismissal with prejudice. The parties agree to bear their own respective costs.

WE SO STIPULATE:

NATIONAL INSURANCE ADVOCATES

*/s/ Anthony Pastor, Esq.*
Anthony Pastor, #1409696FL
6619 S Dixie Hwy. #363,
Miami, FL 33143
(833) 701-4110
Email: service@nia.law
Secondary Email: anthony@nia.law

*Attorney for Plaintiff*

WE SO CONSENT:

FRANKE SCHULTZ AND MULLEN PC - Clayton

*/s/ Bradley J. Sylwester, Esq.*
Bradley J. Sylwester
231 S. Bemiston Avenue, Suite 1200
Clayton, MO 63105
314-455-8300
Fax: 314-455-8301
Email: Brad.Sylwester@fmglaw.com

*Attorney for Defendant*