**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KHUSHI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-CV-00942-NCC |

**ORDER**

Before the Court is Plaintiff's Stipulation of Dismissal with Prejudice (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice, with each party to bear its own costs**.

Dated this 31st day of August, 2026.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE